

# RMF
## RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6670
Writer's Direct Fax: (516) 663-6870
Writer's E-Mail: ttelesca@rmfpc.com

September 10, 2012

**VIA ECF**

The Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Chillemi v. Town of Southampton et al.*
    12-cv- (ADS) (ETB)

Dear Judge Spatt:

This firm represents the plaintiff in the above-referenced matter. We respectfully request that Your Honor "So Order" the enclosed Stipulation and Order extending the deadlines for plaintiff to oppose defendants' Motion to Dismiss and for defendants to reply to plaintiff's opposition.

Respectfully submitted,

Thomas A. Telesca
For the Firm

Enclosure

Cc: All counsel (via ECF)

553339

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------- X
CRAIG J. CHILLEMI,

                Plaintiff,

  -against-

THE TOWN OF SOUTHAMPTON, ERIC SICKLES,
JAMES KIERNAN, and THOMAS TULLY,

                Defendants.
---------------------------------------------------- X

**STIPULATION and ORDER**

Docket No.
12-CV-3370 (ADS)(ETB)

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned, the attorneys for the parties herein as follows:

1. The time for plaintiff to respond to defendants' motion to dismiss is adjourned until October 5, 2012.

2. The time for defendants' to reply to plaintiff's opposition to their motion to dismiss is adjourned until October 19, 2012.

3. This Stipulation may be executed in counterparts, with facsimile or e-mail signatures deemed original.

Dated: September 10, 2012

RUSKIN MOSCOU FALTISCHEK, P.C.

By:_____/s/_____
   Thomas A. Telesca, Esq.
   *Attorney for Plaintiff*
   1425 RXR Plaza
   East Tower, 15th Floor
   Uniondale, New York 11556
   (516) 663-6600

Dated: September 10, 2012

DEVITT SPELLMAN BARRETT, LLP

By:_____/s/_____
   Jeltje DeJong, Esq.
   *Attorney for Defendants*
   50 Route 111
   Smithtown, New York 11787
   (631) 724-8833

SO ORDERED:

_____
U.S.D.J.